UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA HALE,

        Petitioner,

Case No. 10-10759

v.

HONORABLE AVERN COHN

MILLICENT WARREN,

        Respondent.
_____/

## **JUDGMENT**

For the reasons stated in the Memorandum and Order entered and filed on this date, petitioner's Petition for Writ of Habeas Corpus is DENIED and judgment is entered in favor of the respondent.

DAVID WEAVER

Dated: April 13, 2012         By:   S/Julie Owens
                                                                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 13, 2012, by electronic and/or ordinary mail.

                                                         S/Julie Owens
                                                        Case Manager, (313) 234-5160